*EXHIBIT "F"*

# Monroe County Conservation District

8050 RUNNING VALLEY ROAD, STROUDSBURG, PA 18360

| Technical | website: mcconservation.org | Environmental |
| Section | email: monroecd@ptd.net | Education |
| 570-629-3060 | fax: 570-629-3063 | 570-629-3061 |

May 7, 2010

TO:  Mr. Randy Hartmeyer
     Global Tower
     3855 Valley View Road
     Zanesville, OH 43701

SUBJECT:  Erosion and Sediment Control Plan, Review VI

SITE LOCATION:  Hamilton Township, Monroe County, Pa.

SITE DESCRIPTION:  Global Tower – PA5094 Snydersville Tower
                   High Quality Waters

Dear Mr. Hartmeyer:

We have reviewed the above mentioned Erosion and Sediment Control Plan and find it adequate to meet the requirements of PA Title 25, Chapter 102, Erosion and Sediment Control. If earth disturbance is not initiated within 2 years of the date of this letter, the Erosion and Sediment Control Plan must be resubmitted and reviewed by this office.

The Conservation District reviews the Erosion and Sediment Control Plan solely to determine whether it is adequate to satisfy the requirements of 25 Pa Code Chapter 102.1 et. seq., the erosion control regulations of the Department of Environmental Protection (DEP). By a determination that the plan is adequate to meet those requirements, neither the Conservation District nor the County assumes any responsibility for the implementation of the plan or the proper construction and operation of the facilities contained in the plan.

The design, structure integrity, and installation of the control measures are the responsibility of the landowner and/or earthmover. Before any construction or earth disturbance may begin, the appropriate and necessary local, state and federal permits must be secured from the agency having specific permitting authority.

A copy of the Erosion and Sediment Control Plan must be available at the site of the earth disturbance activity during construction and until the site is stabilized. All control facilities, both interim and final, must be implemented on-site as outlined in the plan.

Recycled Paper, Soybean Ink

4-36

If you have any questions regarding this or other projects, please contact our office at the above address and telephone number.

                              Respectfully,

                              John Motz
                              Resource Conservationist

JM/dm
Enclosure
cc: Hamilton Township Supervisors (w/enclosure)
    Hamilton Township Planning Commission
    Hamilton Township Codes Enforcement/Zoning Officer
    Hamilton Township Engineer Rkr Hess Associates (via email)
    Monroe County Planning Commission, c/o Eric Koopman (via email)
    Magtech Services, c/o Scott Hartman
     1715 Magnavox Way, Fort Wayne, IN 48804
    James Westbrook Associates (via email)
    File (3)