IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLOBAL TOWER, LLC,,

    Plaintiff,

    v.

HAMILTON TOWNSHIP, and
ZONING HEARING BOARD OF
HAMILTON TOWNSHIP,

    Defendant.

CIVIL ACTION NO. 3:CV-10-1705

(JUDGE CAPUTO)

FILED
SCRANTON

OCT 18 2011

Per_____
DEPUTY CLERK

## CASE MANAGEMENT ORDER

A case management conference was conducted in the above-captioned matter on July 28, 2011. Participating on behalf of Plaintiff was Jennifer L. Beidel, Esquire. Participating on behalf of Defendant was Gerard J. Geiger, Esquire. The purpose of this order is to set forth the pretrial schedule established as a result of the conference. **IT IS HEREBY ORDERED** that:

1. Pursuant to the Expense and Delay Reduction Plan adopted by this court, this case is assigned to the "standard" case management track, and shall be placed on the **February, 2012** trial list of this court. **The trial will not be continued because the parties wish to mediate or engage in other alternative dispute resolution. Any mediation or alternative dispute resolution should take place so as not to cause a request for a delay of the trial.**

2. All fact discovery shall be commenced in time so as to be completed by **August 31, 2011.** Expert discovery shall be completed by **August 31, 2011.**

**Continuing with discovery beyond the cutoff dates in this Case Management Order will NOT delay trial.**

3. Plaintiffs shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **August 31, 2011.** Defendants shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **August 31, 2011.** Supplemental Reports no later than **September 15, 2011.**

4. Disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made by **September 15, 2011.**

5. Dispositive motions, together with supporting briefs, shall be filed by **September 15, 2011.**

6. A pretrial conference will be held in **January, 2012**, date and time to be announced, in my chambers, Suite 235, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania. Since settlement will be discussed at the pretrial conference, counsel and/or others with settlement authority shall be present at the pretrial conference.

7. No discovery motions shall be filed until after the disputing parties have conferred with the court in an effort to resolve the discovery dispute. The discovery conference with the court may be conducted by telephone at the request of any of the disputing parties.

8. The Court will take no action based on correspondence. Counsel must adhere to the motion practice set forth in the rules.


Date: October 18, 2011          /s/ A. Richard Caputo
                                A. Richard Caputo
                                United States District Judge