IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLOBAL TOWER, LLC,,

    Plaintiff,

v.

HAMILTON TOWNSHIP, and
ZONING HEARING BOARD OF
HAMILTON TOWNSHIP,

    Defendant.

CIVIL ACTION NO. 3:CV-10-1705

(JUDGE CAPUTO)

## ORDER

NOW, this 16th day of DECEMBER, 2011, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 19) and Plaintiff Global Tower, LLC's Motion for Summary Judgment (Doc. 22) are referred to Magistrate Judge Mildred Methvin for a Report and Recommendation.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge